## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JENNIFER STEPHENS, FAYTH BOND, RITA GETTIS, KRISTI MAYO, DEONICA JONES, BELINDA ZACHARY, and TRACEY GENERAL,<br><br>Plaintiffs,<br>v.<br><br>FULTON COUNTY, SHERIFF THEODORE JACKSON in his Official capacity as the Fulton County Sheriff , and John Does 1 & 2, Individually and in their official capacities as employees of the Fulton County Sheriff's Department, and Fulton County,<br><br>Defendants. | ) CIVIL ACTION FILE NO.<br>) _____ |

## NAMED FULTON COUNTY DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA:

COME NOW named Defendants Fulton County, Georgia, Sheriff Theodore Jackson in his official capacity only, and John Does 1 & 2 individually and in their official capacities, hereinafter referred to as ("Defendants") by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 81(c) and 28 U.S.C. §§ 1441,

1

1443 and 1446 et seq., file this notice of removal from the Superior Court of Fulton County, State of Georgia, Civil Action No. 2016-CV-278847. The Named Defendants show the Court the following grounds for removal:

1.

Plaintiffs filed this action in the State Court of Fulton County on August 12, 2016. True and correct copies of the Complaint, and all other process and pleadings filed in this action as of August 12, 2016 are attached hereto as Exhibit "A."

2.

The Named Defendants received notice of suit from Plaintiffs on August 18, 2016. See Exhibit "B."

3.

This Court has original jurisdiction of this case pursuant to 28 U.S.C. § 1331 as the Plaintiff seeks relief against Defendants for an alleged violation of Title VII. See Harris v. Birmingham Board of Education, 817 F.2d 1525, 1526-27 (11th Cir. 1987).

Accordingly, this action can be removed pursuant to 28 U.S.C. § 1441(a), which provides that "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the

defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending" and 42 U.S.C.A. § 2000e-5, which provides that "Each United States district court and each United States court of a place subject to the jurisdiction of the United States shall have jurisdiction of actions brought under this subchapter".

4.

Plaintiff's Complaint also alleges violations of state law. Thus, pursuant to 28 U.S.C. § 1367, the Court has pendant or supplemental jurisdiction over the state law claims since they "are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

5.

All Named Defendants consent to the removal of this case.

6.

A Removal Notice together with a copy of this Notice of Removal shall be filed with the Clerk of the State Court of Fulton County, Georgia and shall be served on counsel for Plaintiff.

3

7.

The Notice of Removal constitutes only a limited and not a general appearance by the Named Defendants.   The Named Defendants are appearing solely to remove this action from state to federal court, and they waive no right to assert any defense as to personal jurisdiction.

8.

By reason of the foregoing, the Named Defendants are entitled to remove this action to this Court pursuant to 28 U.S.C. §§ 1441, 1443, and 1446.

**WHEREFORE**, Defendants pray that this Notice of Removal be filed, that this action be removed to proceed in this Court, and that no further proceedings be had in the case styled <u>Jennifer Stephens et al v. Fulton County, Georgia, Sheriff Theodore Jackson,  and John Does 1 and 2</u>, Superior Court of Fulton County, State of Georgia, Civil Action File No. 2016-CV-278847.

Respectfully submitted, this 15th day of September, 2016.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

Patrise Perkins-Hooker
County Attorney
Georgia Bar No. 572378
Patrise.Hooker@fultoncountyga.gov

*/s/ A. Jonathan Jackson*
A. Jonathan Jackson
Staff Attorney
Georgia Bar No. 852077
Alfred.Jackson@fultoncountyga.gov

Kaye Woodard Burwell
Deputy County Attorney
Georgia Bar No. 775060
Kaye.Burwell@fultoncountyga.gov

John M. Duffoo
Senior Attorney
Georgia Bar No. 231973
John.Duffoo@fultoncountyga.gov

**Attorneys for Defendants**

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JENNIFER STEPHENS, FAYTH BOND, RITA GETTIS, KRISTI MAYO, DEONICA JONES, BELINDA ZACHARY, and TRACEY GENERAL, | ) ) CIVIL ACTION FILE NO. ) _____ ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| FULTON COUNTY, SHERIFF THEODORE JACKSON in his Official capacity as the Fulton County Sheriff , and John Does 1 & 2, Individually and in their official capacities as employees of the Fulton County Sheriff's Department, and Fulton County, | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this the 15ᵗʰ day of September, 2016, the undersigned counsel has presented this document in Times New Roman, 14 point type in accordance with L.R. 5.1(C) and served a copy of the foregoing **NAMED FULTON COUNTY DEFENDANTS' NOTICE OF REMOVAL** upon all parties of record by depositing a true and correct copy of same in the United States mail with adequate postage affixed thereto and addressed as follows:

6

Marvin A. Devlin, Esquire
Marvin A. Devlin, P.C.
6595-G Roswell Road
Suite 765
Atlanta, Georgia 30238

This 15th day of September, 2016.

/s/ A. Jonathan Jackson
A. Jonathan Jackson
Staff Attorney
Georgia Bar No. 852077
Alfred.Jackson@fultoncountyga.gov

**Office of the Fulton County Attorney**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)
P:\CALitigation\Sheriff\Stephens, Jennifer; et al. v. Sheriff Theodore Jackson - 2016-CV278847 - (AJJ)\9.15.16 Removal
documents\Notice of Removal - Federal Ct.docx