# EXHIBIT B

-------- Original Message --------
Subject: Re-File Stephens Case
From: "Grandison, Terry" <Terry.Grandison@fultoncountyga.gov>
Date: Thu, August 18, 2016 4:32 pm
To: "mad@marvindevlin.com" <mad@marvindevlin.com>

Marvin:

I want to clarify regarding acknowledgement of service in this case. We cannot acknowledge service for any John Does and, I will not be handling this case going forward. As such, I will have to inquire and defer to that attorney whether we will acknowledge service for Sheriff Jackson. We can talk later.

Terry

Terry Grandison
Staff Attorney
Office of the Fulton County Attorney
141 Pryor Street
Suite 4038
Atlanta, GA. 30303
(404) 612-0240 (Telephone)
(404) 730-6324 (Facsimile)

This message originates from the Fulton County Attorney's Office. This message and any attachments are intended solely for the indicated recipient and may contain confidential information protected by the attorney-client privilege or other protections against unauthorized use. The information contained in this message and any attachments is transmitted based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413; and is covered by the Electronic Communications Privacy Act (18 U.S.C. §§ 2510-2521). Any disclosure, distribution, copying of use of this information by anyone other than the intended recipient is strictly prohibited. All attachments are believed to be free of viruses, but any attachments should be checked for viruses before being opened. If you received this message in error, or if this message has been addressed to you in error, please delete it, without copying or reading it, and notify the sender by return e-mail or by calling the numbers listed above. If you are not the named addressee, you are directed not to read, disclose, distribute or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. Access, copying, forwarding, or re-use of this email, its attachments, or any information contained therein is not authorized