IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER STEPHENS, FAYTH BOND, RITA GETTIS, KRISTI MAYO, DEONICA JONES, BELINDA ZACHARY, and TRACEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>FULTON COUNTY, SHERIFF THEODORE JACKSON in his Official capacity as the Fulton County Sheriff, and John Does 1 & 2, Individually and in their official capacities as employees of the Fulton County Sheriff's Department, and Fulton County,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>_____ |

## AFFIDAVIT OF REMOVAL

**State Of Georgia**
**Fulton County**

Personally appeared before the undersigned authority duly authorized to administer oaths in the state and county aforementioned, A. Jonathan Jackson, who under oath deposes and states that he represents Sheriff Theodore "Ted" Jackson in his official capacity as the Fulton County Sheriff in the above-referenced matter, and that on September 15, 2016, he filed with the Clerk of the Superior Court of

Fulton County the original of the removal notice. A copy of the removal notice is attached hereto as Exhibit "A" and was served upon counsel for the Plaintiff by U.S. Mail on September 15, 2016.

Respectfully submitted, this 15th day of September, 2016.

/s/ A. Jonathan Jackson
A. Jonathan Jackson
Staff Attorney
Georgia Bar No. 852077
Alfred.Jackson@fultoncountyga.gov

Attorney for Sheriff Theodore "Ted" Jackson

SWORN to and subscribed before me this 15th day of September, 2016.

Jene Gipson
Notary Public
My Commission Expires: 11-13-2016

OFFICIAL SEAL
JENE GIPSON
Notary Public, Georgia
FULTON COUNTY
My Commission Expires
Nov 13, 2016

P:\CALitigation\Sheriff\Stephens, Jennifer; et al. v. Sheriff Theodore Jackson - 2016-CV278847 - (AJJ)\Removal documents\9.15.16 Affidavit of Removal.docx