UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JENNIFER STEPHENS, et al

    Plaintiffs,

v.

FULTON COUNTY

    Defendant.

CIVIL ACTION NO.
1:16-cv-3461-ODE-CMS

## ORDER

As Senior Judge of the Northern District of Georgia, the assignment of this case is DECLINED.

The case is hereby returned to the Clerk for reassignment.

SO ORDERED, this 22 day of September, 2016.

ORINDA D. EVANS
SENIOR UNITED STATES DISTRICT JUDGE