IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER STEPHENS, FAYTH BOND, RITA GETTIS, KRISTI MAYO, DEONICA JONES, BELINDA ZACHARY, and TRACEY GENERAL<br><br>     Plaintiffs,<br><br>v.<br><br>FULTON COUNTY, SHERIFF THEODORE JACKSON in his Official capacity as the Fulton County Sheriff, and John Does 1 & 2, individually and in their official capacities as employees of the Fulton County Sheriffs department and Fulton County.<br><br>     Defendants. | Civil Action File No.:<br>1:16-cv-03461-ELR-CMS |

**PLAINTIFFS' MOTION TO REMAND AND FOR THE AWARD OF JUST COST AND EXPENSES**

COME NOW, the above named seven Plaintiffs and move this Court to remand this case back to the state court from which it was removed pursuant to 28 USCS § 1447(c). Remand is appropriate because this Court lacks subject matter jurisdiction over Plaintiffs' 42 U.S.C. § 1983 claims. Thus, Plaintiffs' Motion to Remand should be granted.

1

Further, Plaintiffs are entitled to recover their just costs and actual expenses, including attorney fees as Defendants' Notice of Removal is improper. In support of their Motions, Plaintiffs' incorporates herein their Memorandum in Support.

Respectfully submitted this 17th day of October 2016.

                                             */s/ Marvin A. Devlin*
                                             MARVIN A. DEVLIN
                                             Ga. Bar No. 219969

**Marvin A. Devlin P.C.**
Attorney at Law
6595-G Roswell Road
Suite 765
Atlanta, Georgia 30238
Tel: 404-538-6925
Fax: 404-537-3115
E-Mail: mad@marvindevlin.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER STEPHENS, FAYTH BOND, RITA GETTIS, KRISTI MAYO, DEONICA JONES, BELINDA ZACHARY, and TRACEY GENERAL<br><br>    Plaintiffs,<br><br>v.<br><br>FULTON COUNTY, SHERIFF THEODORE JACKSON in his Official capacity as the Fulton County Sheriff, and John Does 1 & 2, individually and in their official capacities as employees of the Fulton County Sheriffs department and Fulton County.<br><br>    Defendants. | Civil Action File No.:<br>1:16-cv-03461-ELR-CMS |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day, a copy of **PLAINTIFFS' MOTION TO REMAND AND FOR THE AWARD OF JUST COST AND EXPENSES** was electronically filed using Times New Roman 14 point type in accordance with Local Rule 5.1 B with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

3

This 17th day of October 2016.

              ***/s/ Marvin A. Devlin***
              MARVIN A. DEVLIN
              Ga. Bar No. 219969

**Marvin A. Devlin P.C.**
Attorney at Law
6595-G Roswell Road
Suite 765
Atlanta, Georgia 30238
Tel: 404-538-6925
Fax: 404-537-3115
E-Mail: mad@marvindevlin.com