# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  
DISTRICT COURT EXECUTIVE AND  
CLERK OF COURT

404-215-1601

October 18, 2016

Patrise Perkins-Hooker  
County Attorney  
141 Pryor Street SW  
Suite 4038  
Atlanta, GA  30303

Re:   Jennifer Stephens, et al v. Fulton County Sheriff Theodore Jackson  
1:16-CV-3461-ELR-CMS

Dear Ms. Patrise Perkins-Hooker;

You are listed as counsel in the subject case.

Local Rule 83.1 requires attorneys who are members of the State Bar of Georgia and practice in this Court to be members of its bar, and our records indicate that you are not. Please visit the Court's website at www.gand.uscourts.gov/bar/admission to initiate the admission process and your compliance with LR 83.1. You will not be allowed to file pleadings electronically as is required by Appendix H, of the Local Rules for the United States District Court, Northern District of Georgia, until you are admitted to the bar of this Court.

"...All documents shall be filed electronically using the Electronic Case Filing system (ECF) or shall be scanned and uploaded to ECF. All members of the bar must register for a login and password in order to facilitate the Court and other electronic filers' use of electronic noticing."

You must comply within 10 days from the date of this letter. If you decide not to apply, you must either (1) file a motion to withdraw and identify therein the attorney who will represent the party, or (2) file a notice of substitution of counsel.

**This is the only notice you will receive**; at the expiration of the time limit the status of your admission will be brought to the attention of the assigned judge.

Direct all correspondence or questions to 404-215-1301.

Sincerely yours,

Lynn Wood Beck  
DEPUTY CLERK