IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER STEPHENS, FAYTH BOND, RITA GETTIS, KRISTI MAYO, DEONICA JONES, BELINDA ZACHARY, and TRACEY GENERAL,<br><br>    Plaintiffs,<br>  v.<br><br>FULTON COUNTY, SHERIFF THEODORE JACKSON in his Official capacity as the Fulton County Sheriff , and John Does 1 & 2, Individually and in their official capacities as employees of the Fulton County Sheriff's Department, and Fulton County,<br><br>        Defendants. | CIVIL ACTION FILE NO.<br>1:16-cv-03461-ELR-CMS |

**NOTICE OF APPEARANCE OF STEVEN E. ROSENBERG**

COMES NOW, the undersigned attorney at law and files this Notice of Appearance of **STEVEN E. ROSENBERG** as counsel for Defendants Fulton County, Sheriff Theodore Jackson and John Does 1 & 2. It is requested that the Clerk forward notice of all hearings, motions and trials in the above-styled action to the undersigned.

Respectfully submitted this 2nd day of November, 2016.

                        **OFFICE OF THE FULTON COUNTY ATTORNEY**

                        */s/ Steven E. Rosenberg*
                        Steven E. Rosenberg
                        Georgia Bar No. 614560
                        Steven.rosenberg@fultoncountyga.gov

```
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER STEPHENS, FAYTH BOND, RITA GETTIS, KRISTI MAYO, DEONICA JONES, BELINDA ZACHARY, and TRACEY GENERAL,<br><br>    Plaintiffs,<br>  v.<br><br>FULTON COUNTY, SHERIFF THEODORE JACKSON in his Official capacity as the Fulton County Sheriff , and John Does 1 & 2, Individually and in their official capacities as employees of the Fulton County Sheriff's Department, and Fulton County,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:16-cv-03461-ELR-CMS |

### CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this day, I presented the **NOTICE OF APPEARANCE OF STEVEN E. ROSENBERG** in Courier New, 12 point type in accordance with L.R. 5.1(C), and that I electronically filed the document with the Clerk of Court using the CM/ECF system using the CM/ECF system and deposited the same in the United States Mail with adequate postage affixed thereon, and addressed as follows:

                Marvin A. Devlin, Esquire
                Marvin A. Devlin, P.C.
                6595-G Roswell Road
                      Suite 765
                Atlanta, Georgia 30238

This 2nd day of November, 2016.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

***/s/ Steven E. Rosenberg***
Steven E. Rosenberg
Georgia Bar No. 614560
Steven.rosenberg@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

P:\CALitigation\Sheriff\Lane, Rodney Manyon v. Lt. McWilliams (1.15-CV-03298) AJJ\Pleadings\11.2.16 Notice of Appearance - SER.doc