IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JENNIFER STEPHENS, et al., | * | |
| Plaintiffs, | * | |
| v. | * | 1:16-CV-3461-ELR |
| FULTON COUNTY, et al., | * | |
| Defendants. | * | |

**O R D E R**

Based upon the Court's review, the current case is related to a previously-filed action, Stephens v. Fulton County, Case Number 1:13-CV-01528-RWS, before Judge Story and Magistrate Judge Larkins. Because the two cases are related, the Court **DIRECTS** the Clerk to **REASSIGN** this action to Judge Story and Magistrate Judge Larkins and remove the undersigned and Magistrate Judge Salinas from this case.

**SO ORDERED**, this 12th day of December, 2016.

Eleanor L. Ross
United States District Judge
Northern District of Georgia