IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER STEPHENS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FULTON COUNTY, et al., <br><br> Defendants. | CIVIL ACTION FILE NO. <br><br> 1:16-cv-3461-RWS-JKL |

### **ORDER**

Counsel for the parties are **DIRECTED** to appear in person for oral argument on Plaintiff's motion to remand, [Doc. 3]. Oral argument will be held on **Tuesday January 31, at 2 p.m.**, in the Richard B. Russell Building, Courtroom 1834, 75 Ted Turner Dr., in Atlanta.

IT IS SO ORDERED this 23rd day of January, 2017.

_____
JOHN K. LARKINS III
United States Magistrate Judge