```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION
```

| | |
|---|---|
| JENNIFER STEPHENS, FAYTH BOND, RITA GETTIS, KRISTI MAYO, DEONICA JONES, BELINDA ZACHARY, and TRACEY GENERAL,<br><br>     Plaintiffs,<br>  v.<br><br>FULTON COUNTY, SHERIFF THEODORE JACKSON in his Official capacity as the Fulton County Sheriff , and John Does 1 & 2, Individually and in their official capacities as employees of the Fulton County Sheriff's Department, and Fulton County,<br><br>     Defendants. | CIVIL ACTION FILE NO. 1:16-cv-03461-ELR-CMS |

## NOTICE OF APPEARANCE OF ASHLEY J. PALMER

COMES NOW, the undersigned attorney at law and files this Notice of Appearance of **ASHLEY J. PALMER** as counsel for Defendants Fulton County, Sheriff Theodore Jackson and John Does 1 & 2. It is requested that the Clerk forward notice of all hearings, motions and trials in the above-styled action to the undersigned.

Respectfully submitted this 24th day of January, 2017.

                            **OFFICE OF THE FULTON COUNTY ATTORNEY**

                            */s/ Ashley J. Palmer*_____
                            Ashley J. Palmer
                            Georgia Bar No. 603514
                            Ashley.palmer@fultoncountyga.gov

```
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER STEPHENS, FAYTH BOND, RITA GETTIS, KRISTI MAYO, DEONICA JONES, BELINDA ZACHARY, and TRACEY GENERAL,<br><br>    Plaintiffs,<br>  v.<br><br>FULTON COUNTY, SHERIFF THEODORE JACKSON in his Official capacity as the Fulton County Sheriff , and John Does 1 & 2, Individually and in their official capacities as employees of the Fulton County Sheriff's Department, and Fulton County,<br><br>        Defendants. | CIVIL ACTION FILE NO. 1:16-cv-03461-ELR-CMS |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this day, I presented the **NOTICE OF APPEARANCE OF ASHLEY J. PALMER** in Courier New, 12 point type in accordance with L.R. 5.1(C), and that I electronically filed the document with the Clerk of Court using the CM/ECF system using the CM/ECF system and deposited the same in the United States Mail with adequate postage affixed thereon, and addressed as follows:

> Marvin A. Devlin, Esquire
> Marvin A. Devlin, P.C.
> 6595-G Roswell Road
> Suite 765
> Atlanta, Georgia 30238

This 24th day of January, 2017.

*/s/ Ashley J. Palmer*
Ashley J. Palmer
Georgia Bar No. 603514
Ashley.palmer@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

P:\CALitigation\Sheriff\Stephens, Jennifer; et al. v. Sheriff Theodore Jackson - 1.16-CV03461 - (AJJ)\Pleadings\1.24.17 Notice of Appearance -(AJP).doc