IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER STEPHENS, FAYTH BOND, RITA GETTIS, KRISTI MAYO, DEONICA JONES, BELINDA ZACHARY, and TRACEY GENERAL<br><br>Plaintiffs,<br><br>v.<br><br>FULTON COUNTY, SHERIFF THEODORE JACKSON in his Official capacity as the Fulton County Sheriff, and John Does 1 & 2, individually and in their official capacities as employees of the Fulton County Sheriffs department and Fulton County.<br><br>Defendants. | Civil Action File No.:<br>1:16-cv-03461-RWS-JKL |

## NOTICE OF APPEARANCE OF JUANITA F. DEVLIN

COMES NOW, the undersigned attorney at law and files this Notice of Appearance of **Juanita F. Devlin** as counsel for Plaintiffs Jennifer Stephens, Fayth Bond, Rita Gettis, Kristi Mayo, Deonica Jones, Belinda Zachary, and Tracey General. It is requested that the Clerk forward notice of all hearing, motions and trials in the above-signed action to the undersigned.

Respectfully submitted this 30th day of January, 2017.

*/s/ Juanita F. Devlin*
JUANITA F. DEVLIN

1

Ga. Bar No. 426055

**Marvin A. Devlin P.C.**
Attorney at Law
6595-G Roswell Road
Suite 765
Atlanta, Georgia 30238
Tel: 404-538-6925
Fax: 404-537-3115
E-Mail: juanita@marvindevlin.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER STEPHENS, FAYTH BOND, RITA GETTIS, KRISTI MAYO, DEONICA JONES, BELINDA ZACHARY, and TRACEY GENERAL<br><br>        Plaintiffs,<br><br>v.<br><br>FULTON COUNTY, SHERIFF THEODORE JACKSON in his Official capacity as the Fulton County Sheriff, and John Does 1 & 2, individually and in their official capacities as employees of the Fulton County Sheriffs department and Fulton County.<br><br>        Defendants. | Civil Action File No.:<br>1:16-cv-03461-ELR-CMS |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, a copy of the **NOTICE OF APPEARANCE OF JUANITA F. DEVLIN** was electronically filed using Times New Roman 14 point type in accordance with Local Rule 5.1 B with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

This 30th day of January 2017.

                                               */s/ Juanita F. Devlin*
                                               JUANITA F. DEVLIN

                Ga. Bar No. 426055

**Marvin A. Devlin P.C.**
Attorney at Law
6595-G Roswell Road
Suite 765
Atlanta, Georgia 30238
Tel: 404-538-6925
Fax: 404-537-3115
E-Mail: juanita@marvindevlin.com