# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:16-cv-03461-RWS-JKL
### Stephens et al v. Fulton County et al
### Honorable John K Larkins, III

Minute Sheet for proceedings held In Open Court on 01/31/2017.

TIME COURT COMMENCED: 2:02 P.M.
TIME COURT CONCLUDED: 2:28 P.M.   COURT REPORTER: Lori Burgess
TIME IN COURT: 00:26              DEPUTY CLERK: Evan Weiss
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Juanita Devlin representing Belinda Zachary<br>Juanita Devlin representing Deonica Jones<br>Juanita Devlin representing Fayth Bond<br>Juanita Devlin representing Jennifer Stephens<br>Juanita Devlin representing Kristi Mayo<br>Juanita Devlin representing Rita Gettis<br>Juanita Devlin representing Tracey General<br>Marvin Devlin representing Belinda Zachary<br>Marvin Devlin representing Deonica Jones<br>Marvin Devlin representing Fayth Bond<br>Marvin Devlin representing Jennifer Stephens<br>Marvin Devlin representing Kristi Mayo<br>Marvin Devlin representing Rita Gettis<br>Marvin Devlin representing Tracey General<br>Alfred Jackson representing Fulton County<br>Alfred Jackson representing Theodore Jackson<br>Ashley Palmer representing Fulton County<br>Ashley Palmer representing Theodore Jackson |
| PROCEEDING CATEGORY: | Motion Hearing(Oral Argument Hearing); |
| MOTIONS RULED ON: | [3]Motion to Remand to State Court DENIED The Court will issue a separate written order denying the motion. |
| MINUTE TEXT: | The court held oral argument on Plaintiffs' motion to remand this case to state court. Both parties were heard. The Court denied the motion to remand and the Plaintiffs' request for attorney's fees, contained within their remand motion. A written order will follow. |