# AFFIDAVIT OF SERVICE

| Case: 2016CV278847 | Court: Fulton Superior Court | County: Fulton | Job: 1234736 (Stephens) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Jennifer Stephens, Fayth Bond, Rita Gettis, Kristi Mayo, Deonica Jones, Belinda Zachary and Tracey General | | **Defendant / Respondent:** Fulton County, Sheriff Theodore Jackson In His Offical Capacity As The Fulton County Sheriff, And John Does 1 & 2, Individually And In Their Official Capacities As Employees Of The Fulton County Sheriffs Department And Fulton County. | |
| **Received by:** Diversified Legal Services, Inc. | | **For:** Marvin A. Devlin, PC | |
| **To be served upon:** Fulton County Board Of Commissioners, c/o John H. Eaves | | | |

I, Michael Wingo, being duly sworn, depose and say: I am over the age of 18 years, a Citizen of the United States, not a party to this action, nor related to the parties herein. The statements made in the affidavit are true and correct, based upon my personal knowledge and that within the boundaries of the state, I was authorized by law to make service of the documents.

**Recipient Name / Address:** Fulton County Board Of Commissioners, c/o John H. Eaves, 141 Pryor Street, NW Ste. 10019, Atlanta, GA 30303
**Manner of Service:** Authorized, Thursday, February 2, 2017, 12:58 pm EST
**Documents:** Summons, Complaint For Damages, and General Civil Case Filing Information Form (Non- Domestic)

**Additional Comments:**
Served: Thursday, February 2, 2017, 12:58 pm EST at 141 Pryor Street, NW Ste. 10019, Atlanta, GA 30303 - Fulton County Board Of Commissioners, c/o John H. Eaves. Received by Ardelia Hunter, Legal Assistant

*[Signature]* 2-3-17
Michael Wingo    Date
GA Certified Process Server #104

Diversified Legal Services, Inc.
1425 Benteen Ave. SE
Atlanta, GA 30315
404-627-7777

Subscribed and sworn to before me by the affiant who is personally known to me.

*[Signature: Mary E. Horton]*
Notary Public
02-03-2017
Commission Expires

*[Stamp:]* Mary E. Horton
NOTARY PUBLIC
Fulton County, GEORGIA
My Commission Expires 9/22/2019