# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JENNIFER STEPHENS, FAYTH BOND, RITA GETTIS, KRISTI MAYO, DEONICA JONES, BELINDA ZACHARY, and TRACEY GENERAL, <br><br> Plaintiffs, <br><br> v. <br><br> FULTON COUNTY, SHERIFF THEODORE JACKSON in his Official capacity as the Fulton County Sheriff, and John Does 1 & 2 , individually and in their official capacities as employees of the Fulton County Sheriffs department and Fulton County., <br><br> Defendants. | CIVIL ACTION FILE NO. 1:16-cv-03461-RWS-JKL |

## DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFFS' COMPLAINT

COME NOW, Defendants Fulton County, Georgia ("Fulton County") and Fulton County Sheriff Theodore Jackson ("Sheriff Jackson") hereinafter referred to as "Defendants", by and through their undersigned counsel, and move this Honorable Court to dismiss claims in Plaintiffs' Complaint, pursuant to Fed. R. Civ. P 12(b)(6). The legal authority supporting this motion and a supporting brief

are filed contemporaneously.

Respectfully submitted, this 23rd day of February 2017.

**FULTON COUNTY ATTORNEY'S OFFICE**

*/s/ A. Jonathan Jackson*
A. Jonathan Jackson
Georgia Bar No. 852077
Alfred.Jackson@fultoncountyga.gov

Kaye Woodard Burwell
Deputy County Attorney
Georgia Bar No. 775060
Kaye.Burwell@fultoncountyga.gov

Ashley Palmer
Senior Attorney
Georgia Bar No. 603514
Ashley.Palmer@fultoncountyga.gov

141 Pryor Street, Suite 4038
Atlanta, Georgia 30303
(404) 612-0248
(404) 730-6324 (fax)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JENNIFER STEPHENS, FAYTH BOND, RITA GETTIS, KRISTI MAYO, DEONICA JONES, BELINDA ZACHARY, and TRACEY GENERAL, Plaintiffs, v. FULTON COUNTY, SHERIFF THEODORE JACKSON in his Official capacity as the Fulton County Sheriff, and John Does 1 & 2 ,individually and in their official capacities as employees of the Fulton County Sheriffs department and Fulton County., Defendants. | CIVIL ACTION FILE NO. 1:16-cv-03461-RWS-JKL |

## **CERTIFICATE OF SERVICE**

THIS CERTIFIES that on February 23, 2017 **DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFFS' COMPLAINT** was electronically filed using Times New Roman, 14 point type in accordance with Local Rule 5.1 C with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record:

Marvin A. Devlin, Esquire
Marvin A. Devlin, P.C.
6595-G Roswell Road
Suite 765
Atlanta, Georgia 30238

Respectfully submitted, this 23rd day of February 2017.

**FULTON COUNTY ATTORNEY'S OFFICE**

*/s/ A. Jonathan Jackson*
B. Jonathan Jackson
Georgia Bar No. 852077
Alfred.Jackson@fultoncountyga.gov

Kaye Woodard Burwell
Deputy County Attorney
Georgia Bar No. 775060
Kaye.Burwell@fultoncountyga.gov

Ashley Palmer
Senior Attorney
Georgia Bar No. 603514
Ashley.Palmer@fultoncountyga.gov

141 Pryor Street, Suite 4038
Atlanta, Georgia 30303
(404) 612-0248
(404) 730-6324 (fax)
P:\CALitigation\Sheriff\Stephens, Jennifer; et al. v. Sheriff Theodore Jackson - 1.16-CV03461 - (AJJ)\Pleadings\mtd.docx