IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER STEPHENS, FAYTH BOND, RITA GETTIS, KRISTI MAYO, DEONICA JONES, BELINDA ZACHARY, and TRACEY GENERAL<br><br>        Plaintiffs,<br><br>v.<br><br>FULTON COUNTY, SHERIFF THEODORE JACKSON in his Official capacity as the Fulton County Sheriff, and John Does 1 & 2, individually and in their official capacities as employees of the Fulton County Sheriffs department and Fulton County.<br><br>        Defendants. | Civil Action File No.:<br>1:16-cv-03461-ELR-CMS |

**PLAINTIFFS' AMENDED RESPONSE IN OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

COME NOW, Jennifer Stephens, Fayth Bond, Rita Gettis, Kristi Mayo, Deonica Jones, Belinda Zachary, and Tracey General, Plaintiffs herein, and hereby file this Amended Response in Opposition to Defendants' Partial Motion to Dismiss and Supporting Brief. Plaintiffs' made a scrivener's error on the top of the

1

fifth page of their Response in Opposition to Defendants' Partial Motion to Dismiss.

The incorrect sentence presently reads:

On January 13, 2015, while discovery in this case was ongoing, the United States Court of Appeals for the Eleventh Circuit issued an opinion in the case of *Pellitteri v. Prine*, 776 F.3d 777 (11th Cir. 2015) holding, among other things, that Georgia Sheriff's are considered "arms of the state" when sued in their official capacity under Title VII.

The sentence should read:

On January 13, 2015, while discovery in this case was ongoing, the United States Court of Appeals for the Eleventh Circuit issued an opinion in the case of *Pellitteri v. Prine*, 776 F.3d 777 (11th Cir. 2015) holding, among other things, that Georgia Sheriff's are considered "arms of the state" when sued in their official capacity under Section 1983.

Respectfully submitted this 10th day of March 2017.

>*/s/ Juanita F. Devlin*
> JUANITA F. DEVLIN
> Ga. Bar No. 426055
> MARVIN A. DEVLIN
> Ga. Bar No. 219969

**Marvin A. Devlin P.C.**

Attorney at Law
6595-G Roswell Road
Suite 765
Atlanta, Georgia 30238
Tel: 404-538-6925
Fax: 404-537-3115
E-Mail: mad@marvindevlin.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER STEPHENS, FAYTH BOND, RITA GETTIS, KRISTI MAYO, DEONICA JONES, BELINDA ZACHARY, and TRACEY GENERAL<br><br>          Plaintiffs,<br><br>v.<br><br>FULTON COUNTY, SHERIFF THEODORE JACKSON in his Official capacity as the Fulton County Sheriff, and John Does 1 & 2, individually and in their official capacities as employees of the Fulton County Sheriffs department and Fulton County.<br><br>          Defendants. | Civil Action File No.:<br>1:16-cv-03461-ELR-CMS |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, a copy of **PLAINTIFFS' AMENDED RESPONSE IN OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS** was electronically filed using Times New Roman 14 point type in accordance with Local Rule 5.1 B with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

4

This 10th day of March 2017.

/s/ *Juanita F. Devlin*
JUANITA F. DEVLIN
Ga. Bar No. 426055
MARVIN A. DEVLIN
Ga. Bar No. 219969

**Marvin A. Devlin P.C.**
Attorney at Law
6595-G Roswell Road
Suite 765
Atlanta, Georgia 30238
Tel: 404-538-6925
Fax: 404-537-3115
E-Mail: mad@marvindevlin.com