# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JENNIFER STEPHENS, et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:16-CV-3461-RWS |
| FULTON COUNTY, et al., | : |
| Defendants. | : |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge John J. Larkins, III [Doc. No. 18]. No objections have been filed thereto. In accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Report for plain error and has found none. The Report and Recommendation [Doc. No. 18] is hereby approved and adopted as the opinion and order of this Court. As such, Defendants' Motion to Dismiss [Doc. No. 15] is GRANTED in part and DENIED in part. Plaintiffs may proceed only with their § 1983 claims against Fulton County and Jackson in his official capacity. All other claims are DISMISSED with prejudice.

**SO ORDERED** this 2nd day of August, 2017.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)