IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER STEPHENS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FULTON COUNTY, et al.,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>1:16-cv-3461-RWS-JKL |

## **ORDER**

On August 2, District Judge Richard W. Story ordered that all of Plaintiffs' claims except for the 42 U.S.C. § 1983 claims against Fulton County and Defendant Sheriff Theodore Jackson in his official capacity be dismissed with prejudice. [Doc. 20.] In accordance with Fed. R. Civ. P. 12(a)(4), the Defendants are **DIRECTED** to file a responsive pleading to the remaining claims within 14 days of the entry of Judge Story's order. All pre-trial deadlines shall be as directed in the Federal and Local Rules.

IT IS SO ORDERED this 4th day of August, 2017.

_____
JOHN K. LARKINS III
United States Magistrate Judge