# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JENNIFER STEPHENS, FAYTH BOND, RITA GETTIS, KRISTI MAYO, DEONICA JONES, BELINDA ZACHARY, and TRACEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>FULTON COUNTY and SHERIFF THEODORE JACKSON in his Official capacity as the Fulton County Sheriff,<br><br>Defendants. | CIVIL ACTION FILE NO. 1:16-cv-03461-RWS-JKL |

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW, the undersigned, and files this Notice of Substitution of Counsel in the above-styled action. The undersigned respectfully requests that **Jonathan D. Loegel** of the Office of the Fulton County Attorney be substituted as counsel of record for the Defendants Sheriff Theodore Jackson in his official capacity, and Fulton County, Georgia in place of **A. Jonathan Jackson**. It is further requested that the Clerk hereby forward notice of all hearings, motions, and trials in the above-styled action to **Jonathan D. Loegel** and remove **A. Jonathan Jackson** as counsel of record for Defendant.

1

Respectfully submitted this 31st day of August, 2017.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

Patrise Perkins-Hooker
County Attorney
Georgia Bar No. 572358
Patrise.perkins@fultoncountyga.gov

Kaye Woodard Burwell
Georgia Bar No. 775060
Kaye.burwell@fultoncountyga.gov

Ashley J. Palmer
Georgia Bar No. 603514
Ashley.palmer@fultoncountyga.gov

*/s/  Jonathan D. Loegel*
Jonathan D. Loegel
Georgia Bar No. 755706
Jonathan.loegel@fultoncountyga.gov

**Office of the Fulton County Attorney**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia  30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER STEPHENS, FAYTH BOND, RITA GETTIS, KRISTI MAYO, DEONICA JONES, BELINDA ZACHARY, and TRACEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>FULTON COUNTY and SHERIFF THEODORE JACKSON in his Official capacity as the Fulton County Sheriff,<br><br>Defendants. | CIVIL ACTION FILE NO. 1:16-cv-03461-RWS-JKL |

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on this day, the undersigned presented this document in Times New Roman, 14 point type in accordance with L.R. 5.1(C) and electronically filed the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Marvin A. Devlin, Esquire
Marvin A. Devlin, P.C.
6595-G Roswell Road
Suite 765
Atlanta, Georgia 30328

3

.
Juanita Free Devlin, Esquire
Marvin A. Devlin, P.C.
6595-G Roswell Road
Suite 765
Atlanta, Georgia 30328

This 31st day of August, 2017.

                                        */s/ Jonathan D. Loegel*
                                        Jonathan D. Loegel
                                        Georgia Bar No. 755706
                                        Ashley.palmer@fultoncountyga.gov

**Office of Fulton County Attorney**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia  30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

P:\CALitigation\Sheriff\Stephens, Jennifer; et al. v. Sheriff Theodore Jackson - 1.16-CV03461 - (AJJ)\Pleadings\Pleading Drafts\8.24.17 Notice of Substitution of Counsel - JDL.doc