# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JENNIFER STEPHENS, FAYTH BOND, RITA GETTIS, KRISTI MAYO, DEONICA JONES, BELINDA ZACHARY, and TRACEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>FULTON COUNTY, and SHERIFF THEODORE JACKSON in his official capacity as the Fulton County Sheriff,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>1:16-cv-03461-RWS-JKL |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this 1st day of September, 2017, the undersigned counsel has presented **DEFENDANTS' INITIAL DISCLOSURES** in Times New Roman, 14 point type in accordance with L.R. 5.1(C) to all parties of record by submitting a true and correct copy of same by e-mail and mailing same to opposing counsel as follows:

Marvin A. Devlin, Esquire
Marvin A. Devlin, P.C.
6595-G Roswell Road
Suite 765

7

Atlanta, Georgia 30328
mad@marvindevlin.com

Juanita Free Devlin, Esquire
Marvin A. Devlin, P.C.
6595-G Roswell Road
Suite 765
Atlanta, Georgia 30328
Juanita@marvindevlin.com

This 1st day of September, 2017.

*/s/ Jonathan Loegel*
Jonathan Loegel
Georgia Bar No. 755706
Jonathan.loegel@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 3048
Atlanta, Georgia 30303
404-612-0246 (office)
404-730-6324 (facsimile)