IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER STEPHENS, FAYTH BOND, RITA GETTIS, KRISTI MAYO, DEONICA JONES, BELINDA ZACHARY, and TRACEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>FULTON COUNTY and SHERIFF THEODORE JACKSON in his Official capacity as the Fulton County Sheriff,<br><br>Defendants. | CIVIL ACTION FILE NO. 1:16-cv-03461-RWS-JKL |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

*Plaintiffs:* *Jennifer Stephens, Fayth Bond, Rita Gettis, Kristi Mayo, Deonica Jones, Belinda Zachary, and Tracey General*

*Defendant:* *Fulton County and Sheriff Theodore Jackson, in his Official Capacity as the Fulton County Sheriff*

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

*Marvin A. Devlin P.C.*
*Marvin A. Devlin*
*Jennifer Stephens, Plaintiff*
*Fayth Bond, Plaintiff*
*Rita Gettis, Plaintiff*
*Kristi Mayo, Plaintiff*
*Deonica Jones, Plaintiff*
*Belinda Zachary, Plaintiff*
*Tracey General, Plaintiff*

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

*Plaintiff:*   *Marvin A. Devlin*
              *Juanita Devlin*

*Defendant:*  *Kaye W. Burwell*
              *Ashley Palmer*
              *Jonathan Loegel*

Respectfully submitted this 6TH day September 2017.

Marvin A. Devlin
Georgia Bar No.: 219969
mad@marvindevlin.com
*/s/ Juanita F. Devlin*
Juanita F. Devlin

                                                Georgia Bar No.: 426055
                                                juanita@marvindevlin.com
                                                *Counsel for Plaintiffs*

**Marvin A. Devlin P.C.**
Attorney at Law
6595-G Roswell Road
Suite 765
Atlanta, Georgia 30238
Tel: 404-538-6925
Fax: 404-537-3115
E-Mail: mad@marvindevlin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2017 I electronically filed PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record. I further certify that this document was prepared according to Local Rules using 14 point, Times New Roman font pursuant to LR 5.1B.

This 6th day of September 2017.

                                                */s/ Juanita F. Devlin*
                                                Juanita F. Devlin
                                                Georgia Bar No.: 426055
                                                juanita@marvindevlin.com

**MARVIN A. DEVLIN P.C.**
Attorney at Law
6595-G Roswell Road
Suite 765
Atlanta, Georgia 30328
Tel:  (404) 538-6925
Facsimile: (404) 537-3115
E-mail:  juanita@marvindevlin.com