# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cv-03461-RWS-JKL
## Stephens et al v. Fulton County et al
## Honorable John K Larkins, III

Minute Sheet for proceedings held In Open Court on 09/21/2017.

TIME COURT COMMENCED: 2:07 P.M.
TIME COURT CONCLUDED: 2:17 P.M.          COURT REPORTER: FTR
TIME IN COURT: 00:10                     DEPUTY CLERK: Evan Weiss
OFFICE LOCATION: Atlanta

ATTORNEY(S)          Juanita Devlin representing Belinda Zachary
PRESENT:             Juanita Devlin representing Deonica Jones
                     Juanita Devlin representing Fayth Bond
                     Juanita Devlin representing Jennifer Stephens
                     Juanita Devlin representing Kristi Mayo
                     Juanita Devlin representing Rita Gettis
                     Juanita Devlin representing Tracey General
                     Marvin Devlin representing Belinda Zachary
                     Marvin Devlin representing Deonica Jones
                     Marvin Devlin representing Fayth Bond
                     Marvin Devlin representing Jennifer Stephens
                     Marvin Devlin representing Kristi Mayo
                     Marvin Devlin representing Rita Gettis
                     Marvin Devlin representing Tracey General
                     Jonathan Loegel representing Fulton County
                     Jonathan Loegel representing Theodore Jackson
                     Ashley Palmer representing Fulton County
                     Ashley Palmer representing Theodore Jackson

PROCEEDING
CATEGORY:            Scheduling Conference(Non-final Pretrial Conference);

MINUTE TEXT:         Scheduling telephone conference held. The case will proceed on the
                     normal four-month discovery track and Plaintiff's deadline for identifying
                     any expert witness will be 60 days from entry of the scheduling order.